

NORTH CAROLINA WESTERN
MEMORANDUM

**Date:** February 21, 2018
**To:** The Honorable Robert J. Conrad, U.S. District Judge
**From:** Christopher R. Barber
**Subject:** Wendell Jerrod Robinson
Docket Number: 3:10CR000238-011
Request for International Travel

---

This is in reference to the above-named offender, convicted on 9/30/12 of Conspiracy to Distribute and Possess With Intent to Distribute 100 Kilograms of Marijuana, in violation of 21 U.S.C. 846; and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. 1956(h). He was sentenced to a term of 72 months imprisonment followed by 4 years of supervised release with the following Special Conditions: 1) The defendant shall pay a $200.00 Special Assessment Fee (Paid in Full).

The defendant has requested to take a cruise with his family from 6/24/18 until 6/29/18 on the Carnival Cruise Line. His proposed travel schedule is as follows:

June 24, 2018: Depart Cape Canaveral, FL (4:00 pm)

June 25, 2018: Day at Sea

June 26, 2018: Amber Cove, Dominican Republic (9:30 am – 5:30 pm)

June 27, 2018: Grand Turk (8:00 am – 4:00 pm)

June 28, 2018: Day at Sea

June 29, 2018: Arrive Cape Canaveral, FL (8:00 am)

Since his release to supervision on 10/21/16, he has maintained a stable employment and residence plan. All drug screens have been negative and he has not had any conflicts with law enforcement. Based on the defendant's conduct on supervision, it is respectfully recommended that he be allowed to travel.

Thank you for your attention in this matter, and should Your Honor have any questions, please me at 704-350-7654.

{ x } Permission to Travel Approved

{ } Permission to Travel Denied

{ } Other

Signed: February 21, 2018

Robert J. Conrad, Jr.
United States District Judge